Sean M. C[...]III
83176509
FCI Fort Dix
PO Box 2000
Joint Base, MDL, NJ 08640

U.S. POSTAGE PAID
BRICK, NJ 08723
AUG 22, 2024
$9.50

TO: Clerk of the United States District Court
Martin Luther King Jr. Fed Bldg
U.S Courthouse
50 Walnut St.
Newark, NJ 07102





EXPECTED DELIVERY DAY: 08/24/24
USPS TRACKING #
9505 5148 3383 4235 5751 95