**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SEAN MICHAEL CADDLE,<br><br>    *Petitioner*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    *Respondent*. | Civil Action No.<br>24-8766 (MEF)<br><br>**ORDER** |

Before the Court is the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. See Motion (Docket Entry 1). Under Rule 2(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, a § 2255 motion must "specify all . . . grounds for relief," "state the facts supporting each ground," "state the relief requested," "be printed, typewritten, or legibly handwritten," and "be signed under penalty of perjury."

Here, the Motion fails to comply with Rule 2(b) because it does not state any grounds for relief. See Motion at 5-11. Although the Petitioner provided supporting facts under Grounds One, Two, and Three, he did not identify the grounds themselves, i.e., the legal bases for his claims, or why those facts would entitle him to relief. See id. This case will now be administratively terminated. Should the Petitioner wish to re-initiate this case, he must submit an amended § 2255 motion that meets all the requirements of Rule 2(b).

IT IS, on this 5th day of February 2025:

**ORDERED** that the Clerk of the Court shall administratively terminate this case; and it is further

**ORDERED** that the Clerk of the Court shall send the Petitioner a blank § 2255 motion form, AO 243 (modified): DNJ-Habeas-004(Rev.01-2014); and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the Petitioner by regular United States mail.

_____
Michael E. Farbiarz, U.S.D.J.

2