# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District New Jersey CV. 24-8766 (MEF) |
|---|---|
| Name (under which you were convicted): Sean Michael Caddle | Docket or Case No.: 2:22-CR-00046-JMV-1 |
| Place of Confinement: FCI Fort Dix | Prisoner No.: 83176-509 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. Sean Michael Caddle | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   United States District Court, Newark, New Jersey

   (b) Criminal docket or case number (if you know): 2:22-CR-00046-JMV-1

2. (a) Date of the judgment of conviction (if you know):
   6/29/2023

   (b) Date of sentencing: 6/29/2023

3. Length of sentence: 288 Months

4. Nature of crime (all counts): 18:1958 Racketeering-Murder CT 1

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐
   N/A

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  No ☒
8. Did you appeal from the judgment of conviction?  Yes ☐  No ☒
9. If you did appeal, answer the following:
   (a) Name of court:  N/A
   (b) Docket or case number (if you know):
   (c) Result:
   (d) Date of result (if you know):
   (e) Citation to the case (if you know):
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know):  N/A
      (2) Result:

      (3) Date of result (if you know):
      (4) Citation to the case (if you know):
      (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐  No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):  N/A
        (3) Date of filing (if you know):

  (4) Nature of the proceeding:

  (5) Grounds raised:      N/A

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❏ No ❏

  (7) Result:      N/A

  (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

  (1) Name of court:

  (2) Docket or case number (if you know):

  (3) Date of filing (if you know):

  (4) Nature of the proceeding:

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❏ No ❏

  (7) Result:

  (8) Date of result (if you know):    N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

  (1) First petition:  Yes ❏ No ❏

  (2) Second petition: Yes ❏ No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: My Attorney, Ed Jacobs advised me that if I appealed my sentence, I would get a Life Sentence.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Inneffective Assistance Of Counsel-I told my Attorney, Ed Jacobs that I wanted To go to trial, and he said that he wanted more money.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I signed a contract with Ed Jacobs, after my original Attorney, Patrick Joyce resigned from my case. Mr.Jacobs contracted with me to the fee of $50,000, which would cover the production of documents in a possible State or Federal Case. and if I was indicted would cover the trial. Upon finding out that the Federal Case resulted in an indictment, Mr.Jacobs requested an additional $100,000-$125,000. I explained to him that I could not afford this fee, and he said to go with a Public Defender. He advised that he was going to contact the U.S. Attorney to tell them that I need to be represented by a Public Defender, after I told him that I wanted to go to trial.

(b) **Direct Appeal of Ground One:**
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒
(2) If you did not raise this issue in your direct appeal, explain why:
N/A

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know):

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   N/A

**GROUND TWO:** Breach Of Plea Agreement

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

After cooperation with the United States Attorney, I was told that I would recieve 15 years, under the recommendation of the Government, and My Attorney asked the Court for a 9 year sentence, and the Court handed down a sentence of 24 years. Which was clearly a Breach of the Plea Agreement.
My Attorney did not argue this increased sentence at all.

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ❏   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

        N/A

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ❏   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

        N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

        N/A

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ❏   No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ❏   No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
        Yes ❏   No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

        N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

        N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I was informed by Counsel That an Appeal was not a good idea because I would recieve a Life Sentence.

**GROUND THREE:** Innefective Assistance Of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I only met with my attorney, Ed Jacobs a few times, and he advised me to speak with a person by the name of Jordan Barbone, who was his Law Partner's son. I would later find out that this person was not even a licensed Attorney at the time of our conversations, which violates the client/attorney confidentiality agreement that I had with Mr.Jacobs, as this individual was not an Attorney. This person also accompanied me to meetings with the U.S.Attorney. Furthermore, this person also provided me with legal advice on multiple occasions.

(b) **Direct Appeal of Ground Three:**
 (1) If you appealed from the judgment of conviction, did you raise this issue?
  Yes ☐   No ☒
 (2) If you did not raise this issue in your direct appeal, explain why:
  N/A

(c) **Post-Conviction Proceedings:**
 (1) Did you raise this issue in any post-conviction motion, petition, or application?
  Yes ☐   No ☒
 (2) If your answer to Question (c)(1) is "Yes," state:
 Type of motion or petition:
 Name and location of the court where the motion or petition was filed:
  N/A
 Docket or case number (if you know):
 Date of the court's decision:
  N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: My Attorney advised against it.

GROUND FOUR: Judicial Misconduct Pertaining To Sentencing

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
When I was sentenced, as previously stated, the United States asked for a 15 year sentence, and my Attorney asked for a 9 year sentence. The Judge gave me a much higher sentence. My Attorney did not argue this at all. I feel that the Court should have taken this into consideration.

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:
        I was told not to Appeal by Counsel

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐ No ☐    N/A

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐ No ☐    N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
        Yes ☐ No ☐    N/A

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

Page 11

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I was told by Counsel not to Appeal

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: NO

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Edwin Jacobs Jr.
Jacobs/Barbone LLP
1125 Pacific Ave
(b) At arraignment and plea: Atlantic City, New Jersey 08401

(c) At trial:

(d) At sentencing:                Same As Above

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ❑ No ☒
17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ❑ No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ❑ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* I was advised by Counsel that if I appealed my Case, I would receive a Life Sentence, which in turn I filed a 2255 Motion, and this Court instructed me to file on this form in a legible manner.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

I would like this Court to take into consideration the fact that I cooperated with the United States, and provided significant information and in turn, was I was suppossed to receive a lesser sentence.

or any other relief to which movant may be entitled.

Please schedule an Evidentiary Hearing to establish the validity of my claim, and re-sentence me accordingly.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

March 7, 2025

Executed (signed) on _[signature]_ (date).

March 7, 2025

_[signature]_
Signature of Movant

Sean Caddle

I declare (or certify, verify, or state) under penalty of perjury that I have been notified that I must include in this motion all the grounds for relief from the conviction or sentence that I challenge, and that I must state the facts that support each ground. I also understand that if I fail to set forth all the grounds in this motion, I may be barred from presenting additional grounds at a later date.

Executed (signed) on _____Sean Caddle_____ (date)
                        Sean Caddle        March 7, 2025

Signature of Movant _____Sean Caddle_____
                         Sean Caddle

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

N/A

# Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody

(Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out an in forma pauperis form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

    ☐ Camden: Mitchell H. Cohen U.S. Courthouse 4th & Cooper Streets Camden, NJ 08101

    ☐ Trenton: Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse 402 East State St. Trenton, NJ 08608

    ☒ Newark: Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse 50 Walnut St. Newark, NJ 07101

9. **CAUTION**: You must include in this motion **all** the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES**: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

LEGAL MAIL
TIME-BARRED
3-7-25

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2025 MAR 11 P 12:37

83176-509
Se
83
PC CLERK
U.S. DISTRICT COURT
DISTRICT BASE MDL, NJ 08640
United States

Martin Luther King Jr. Federal Building and U.S. Courthouse
Attn: Clerk Of Court
50 Walnut Street
Newark, New Jersey 07101

