**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SEAN MICHAEL CADDLE, *Petitioner,* v. UNITED STATES OF AMERICA, *Respondent.* | Civil Action No. 24-8766 (MEF) **ORDER** |

Before the Court is the Petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.  <u>See</u> Amended Motion (Docket Entry 3).  In accordance with Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court has screened the Amended Motion for dismissal and determined that an answer is necessary.

IT IS, on this 29th day of September 2025:

**ORDERED** that within 60 days of the date of this Order, the Respondent shall file and serve an answer; and it is further

**ORDERED** that the Respondent shall electronically file the answer, its exhibits, and copies of all relevant documents, along with an index of exhibits; and it is further

**ORDERED** that within 60 days of receipt of the answer, the Petitioner shall file a reply; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the Petitioner by regular United States mail.

 _____
 Michael E. Farbiarz, U.S.D.J.