UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SEAN MICHAEL CADDLE | : | Hon. Michael E. Farbiarz |
| | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 24-8766 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | **ORDER** |
| Respondent. | : | |

This matter having been presented to the Court by the United States (Matthew Specht, Assistant United States Attorney), upon notice to petitioner Sean Caddle ("Petitioner"), *pro se,* for an Order granting the United States permission to interview Petitioner's former defense counsel, Ed Jacobs, Esq., in connection with the United States' response to Petitioner's pending petition under Title 28, United States Code, Section 2255, to vacate, set aside, or correct his sentence, which alleges, among other things, that Petitioner received ineffective assistance of counsel in his underlying criminal case (Crim. No. 22-46), and it appearing that the Petitioner has placed his former counsel's representation of him at issue by raising claims of ineffective assistance of counsel, that the United States's interview of former defense counsel concerning any discussions he may have had with Petitioner regarding matters raised in the Section 2255 motion is necessary to the preparation of the United States's response, and that additional time is necessary for the United States to review the relevant records and respond, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that:

1. Petitioner's claim of ineffective assistance of counsel impliedly waives the attorney-client privilege with respect to communications necessary to prove or disprove Petitioner's allegations. Accordingly, the United States may interview former counsel for Petitioner, Ed Jacobs, for the purpose of obtaining all reasonably necessary information to prove or disprove Petitioner's claims of ineffective assistance of counsel.

2. The United States's interview of defense counsel is necessary to facilitate its response to, as well as this Court's consideration of, Petitioner's pending motion pursuant to Title 28, United States Code, Section 2255.

3. The United States requires additional time to fully review the relevant records and respond to the Petition.

IT IS THEREFORE, on this __18__ day of __November__, 2025:

**ORDERED** that the United States's motion is GRANTED; and it is further

**ORDERED** that the United States may interview Petitioner's prior attorney, Ed Jacobs, Esq., prior to filing its answer in this matter; Petitioner's former attorney remains free to speak or not to speak with the United States as he so chooses;

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the United States electronically and upon Petitioner by regular mail; and

**IT IS FURTHER ORDERED** that the United States is directed to file its answer to the Petition within 60 days of the entry of this Order.

_____
HON. MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE